No. 89–388.   CITY OF NEW YORK ET AL. v. SEAWALL ASSOCIATES ET AL.;

No. 89–403.   COALITION FOR THE HOMELESS v. SEAWALL ASSOCIATES ET AL.; and

No. 89–552.   WILKERSON ET AL. v. SEAWALL ASSOCIATES ET AL.   Ct. App. N. Y.   Certiorari denied.   Reported below: 74 N. Y. 2d 92, 542 N. E. 2d 1059.

No. 89–409.   CITY OF MILWAUKEE ET AL. v. YEUTTER, SECRETARY OF AGRICULTURE, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 89–412.   HEARN ET AL. v. CITY OF OVERLAND PARK, KANSAS.   Sup. Ct. Kan.   Certiorari denied.

No. 89–447.   PENCE, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE AND ADMINISTRATRIX OF THE ESTATE OF PENCE v. BOARD OF COUNTY COMMISSIONERS OF HAMILTON COUNTY, OHIO, ET AL.   Ct. App. Ohio, Hamilton County.   Certiorari denied.

No. 89–448.   WELCH, EXECUTIVE DIRECTOR, SOUTH CAROLINA STATE PORTS AUTHORITY, ET AL. v. COAKLEY.   C. A. 4th Cir.   Certiorari denied.

No. 89–476.   TOWN OF HULL, MASSACHUSETTS, ET AL. v. MILLER ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 89–517.   WOODS v. HUDAK.   C. A. 3d Cir.   Certiorari denied.

No. 89–528.   TOWNE v. TOMLIN PROPERTIES ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 89–529.   JAKOBOWSKI v. DUBIN.   C. A. 3d Cir.   Certiorari denied.

No. 89–533.   DENMAN RUBBER MANUFACTURING CO. ET AL. v. HALL.   C. A. 5th Cir.   Certiorari denied.

No. 89–537.   CAMP v. NEW YORK UNIVERSITY ET AL.   C. A. 2d Cir.   Certiorari denied.